**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Fidel RODRIGUEZ–SANCHEZ, also known as Fidel Rodriguez–Liberato,**
**Defendant–Appellant.**

**No. 06–41292**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

April 18, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern Dis-

---

trict of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, BENAVIDES, and PRADO, Circuit Judges.

PER CURIAM: *

Fidel Rodriguez–Sanchez appeals the sentence imposed following his guilty-plea conviction for being found in the United States after deportation after having previously been convicted of an aggravated felony in violation of 8 U.S.C. § 1326(a) and (b). Rodriguez–Sanchez's sole issue on appeal is that the district court erred by ordering him to cooperate in the collection of a DNA sample as a condition of supervised release. This claim is not ripe for review on direct appeal. *See United States v. Carmichael,* 343 F.3d 756, 761–62 (5th Cir.2003). Rodriguez–Sanchez concedes that this issue is foreclosed.

APPEAL DISMISSED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

**No. 06–41246**
**Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

April 18, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, BENAVIDES, and PRADO, Circuit Judges.